LA LAW GROUP, APLC 21540 PRAIRIE STREET, SUITE A CHATSWORTH, CA 91311
TELEPHONE: (866) 625-2529
FACSIMILE: (866) 463-9285

ATTORNEYS FOR PLAINTIFF, RON TERRY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RON TERRY, | |
|---|---|
| Plaintiff, | Case No.: 2:23-cv-01440 FLA(AGRx) |
| v. | STATEMENT OF CONFERENCE OF COUNSEL |
| AMAZON.COM, INC., | |
| Defendant. | |

STATEMENT REGARDING CONFERENCE OF COUNSEL UNDER L.R. 7-3

Plaintiffs Motion for Modification and Continuation of the Trial and Pretrial schedule dated August 20, was made following the conference of counsel pursuant to L.R. 7-3, which conference consisted of telephone discussion and exchange of emails on August 18 through August 20 wherein Defendant's counsel agreed that there was good cause for the filing and had no issue with the submission.

STATEMENT OF CONFERENCE OF COUNSEL
 PRIOR TO UNOPPOSED MOTION FOR CONTINUANCE AND MODIFICATION OF TRIAL SCHEDULE
2:23-cv-01440 FLA(AGRx)

Respectfully submitted,

Dated: September 2, 2024        */s/ Patricia Ray*

                                                Patricia Ray
                                                Attorney for Plaintiff

STATEMENT OF CONFERENCE OF COUNSEL
 PRIOR TO  UNOPPOSED MOTION FOR CONTINUANCE AND MODIFICATION OF TRIAL SCHEDULE
2:23-cv-01440 FLA(AGRx)